UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-24152-CIV-SEITZ/SIMONTON

MARIA SIDLOSCA,

      Plaintiff,

vs.

ENHANCED RECOVERY COMPANY, *et al.*,

      Defendants,
_____/

## NOTICE OF COURT PRACTICE UPON SETTLEMENT

THIS MATTER is before the Court upon notice that the parties have amicably settled their dispute [DE-38]. Having received notice of settlement, it is hereby

ORDERED that:

(1) The Parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a) shall be filed by **September 16, 2011.** If the Parties do not comply with this Order, or seek a proper extension of time, then the Court shall dismiss the case with prejudice.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) This case is CLOSED for statistical purposes.

DONE AND ORDERED in Miami, Florida, this 22nd day of July, 2011.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record