UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-24152-CIV-SEITZ/SIMONTON

MARIA SIDLOSCA,

       Plaintiff,

vs.

ENHANCED RECOVERY COMPANY, *et al.*,

       Defendants,

_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

THIS MATTER is before the Court *sua sponte*. Upon notice that the Parties had amicably settled their dispute, the Court entered a Notice of Court Practice Upon Settlement. [DE-39]. That Notice provided that:

> [t]he Parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a) shall be filed by **September 16, 2011.** If the Parties do not comply with this Order, or seek a proper extension of time, then the Court shall dismiss the case with prejudice.

*Id.* The parties failed to file a Joint Stipulation of Dismissal or seek an extension of time prior to the Court's deadline. Accordingly, it is

ORDERED THAT this action is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Miami, Florida, this 26th day of September, 2011.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record